SOUTH JERSEY PROPERTIES, INC., A NEW JERSEY CORPORA-
TION, T/A PROPERTIES VENTURES v. BOROUGH OF
SHREWSBURY AND WILLIAM WOLF, JR. AND JUDITH
WOLF.

December 10, 1984.

Petition for certification denied.

DONNA LONGO v. FRANK SANTORO.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN KEEN.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM RHODIE.

December 10, 1984.

Petition for certification denied.